# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Logistics & Technology Services, Inc. ) | ASBCA No. 58955 |
| ) | |
| Under Contract No. W912C6-11-C-0025 ) | |

APPEARANCES FOR THE APPELLANT:
Bryant S. Banes, Esq.
Stormy N. Hendershott, Esq.
Neel, Hooper & Banes, P.C.
Houston, TX

APPEARANCES FOR THE GOVERNMENT:
Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Vera A. Strebel, JA
Erica S. Beardsley, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58955, Appeal of Logistics & Technology Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals